**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ERICKA PEARSON**                                                                        **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 2:17-cv-144-KS-MTP**

**WAL-MART STORES, INC., SAM'S EAST, INC.,**
**WAL-MART ASSOCIATES, INC., AND WAL-MART**
**STORES EAST, LP**                                                                   **DEFENDANTS**

### JUDGMENT  OF DISMISSAL

This cause comes before the Court sua sponte, the parties having announced that they

have reached a compromise and settlement of all pending claims in this matter. Accordingly, the

Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed

with prejudice as to all parties. By agreement of the parties, the Court hereby retains jurisdiction

to enforce the settlement agreement and impose attorney's fees and costs as indicated.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been

concluded, all motions pending in this matter, if any, are hereby moot and accordingly

dismissed.

SO ORDERED AND ADJUDGED this the ___1st___ day of October, 2019.


__ s/Keith Starrett_____  _____
UNITED STATES DISTRICT JUDGE