IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| ERICKA PEARSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:17-CV-144-KS-MTP |
| | * | |
| WAL-MART STORES, INC., d/b/a SAM'S CLUB; SAM'S EAST, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES EAST, LP; AND JOHN DOES 1-3. | * * * * | |
| | * | |
| Defendants. | * | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, ERICKA PEARSON, joined herein by the Defendants, WAL-MART STORES, INC., SAM'S EAST, INC., WAL-MART ASSOCIATES, INC., and WAL-MART STORES EAST, L.P., by and through their respective attorneys of record, and hereby stipulate to and request an Order be entered dismissing all claims of Plaintiff against Defendants with prejudice, each party to bear its own costs.

_10/18/19_
Date

_10/24/2019_
Date

_/s/ Matt Newman_
MATT NEWMAN
Williams, Newman, Williams, PLLC
Post Office Box 23785
Jackson, MS 39225
Counsel for Plaintiff

W. PEMBLE DELASHMET
wpd@delmar-law.com
CHAD C. MARCHAND
ccm@delmar-law.com
MIGNON M. DELASHMET
mmd@delmar-law.com
Attorneys for Wal-Mart Stores, Inc., Same's East, Inc., Wal-Mart Associates, Inc. and Wal-Mart Stores East, L.P.

1